UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| YOLANDA SALGADO-RIOS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-60 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) | |
| Defendants. | ) ) | |

# JUDGMENT

In accordance with the order entered on this date (ECF No. 24), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 22, 2021                     /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge